CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 03 2010

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FLOYD GARRETT, | ) |
| | ) |
| Petitioner, | ) Case No. 7:10CV00338 |
| | ) |
| v. | ) |
| | ) **FINAL ORDER** |
| | ) |
| WARDEN TERRY O'BRIEN, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; and this action is stricken from the active docket of the court.

ENTER: This 3rd day of August, 2010.

_____
Chief United States District Judge